IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE YOUNG, | : | CIVIL ACTION |
|     Plaintiff | : | |
| v. | : | |
| NANCY BERRYHILL, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
|     Defendant | : | No. 17-3920 |

FILED
JUN 25 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 25TH day of June, 2018, after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. Plaintiff's Request for Review is **DENIED**.

3. Judgment is entered in favor of the Commissioner of the Social Security Administration and against Plaintiff.

BY THE COURT;

_____
Gerald A. McHugh, J.